Michael McNULTY, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 75543.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 28, 1999.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, III, Stacy L. Anderson, Asst. Attys. Gen., Jefferson City, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., and ROBERT G. DOWD, Jr., and SHERRI B. SULLIVAN, JJ.

**ORDER**

PER CURIAM.

A jury found Michael McNulty (Movant) guilty of second-degree murder and armed criminal action in violation of Sections 565.021 and 571.015, RSMo 1994, respectively. Movant's convictions were confirmed on direct appeal in *State v. McNulty*, 948 S.W.2d 725 (Mo.App. E.D.1997). Following the issue of the mandate, Movant filed a timely *pro se* Rule 29.15 motion seeking post-conviction relief. His counsel then filed an amended motion, which the court denied without a hearing. Movant now appeals from this judgment.

In his single point on appeal, Movant contends the motion court clearly erred in denying his claim, without a hearing, that his counsel was ineffective for failing to properly preserve his *Batson*[1] motion for

---

1. *Batson v. Kentucky,* 476 U.S. 79, 106 S.Ct.   1712, 90 L.Ed.2d 69 (1986).

appellate review. As correctly noted by the motion court, Movant's claim of failure to preserve a *Batson* motion for appellate review is not cognizable under Rule 29.15 because it does not affect the fairness of his trial. *State v. Harris,* 908 S.W.2d 912, 916 (Mo.App. E.D.1995). The motion court did not clearly err in denying Movant's claim. Point denied.

The judgment is affirmed pursuant to Rule 84.16(b).